JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW KRAMER, | Case No. 2:24-cv-01745-JAK-AJR |
| Petitioner, | |
| v. | **JUDGMENT** |
| CHANCE ANDES, ACTING WARDEN,[1] | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: October 07, 2024

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

---

[1] The Court substitutes Chance Andes, Acting Warden of San Quentin Rehabilitation Center, as Respondent pursuant to Federal Rule of Civil Procedure 25(d).